

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00849-CV

Araceli **LOZANO**,
Appellant

v.

**TEXAS A&M INTERNATIONAL UNIVERSITY**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CVZ-001762-D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED May 15, 2013.

_____
Rebeca C. Martinez, Justice